DOROTHY DALE v. MIRROR FILMS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

DE LANCEY T. SMITH v. WINDER E. GOLDSBOROUGH.—'Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JAMES LYNCH v. JOHN T. O'REILLY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LAWRENCE E. BROWN v. CHARLES A. ROBINSON.— Motion for stay granted as to so much of the judgment as provides that the instruments referred to be directed to be delivered up and ' canceled upon their delivery to the clerk of the Supreme Court, to be held pending the appeal to the Court of Appeals to abide the result of said appeal. Order to be settled òn notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH LEIFER v. MEYER S. SCHEINMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.  ·

W. H. McELWAIN COMPANY v. LUIGI PRIMAVERA.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of FRED P. FRENCH and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANSELNO BELOTTI v. ANDREW BICKHARDT and Another.— Motion denied, with leave to renew as stated in order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN A. KINGSBURY v. ALBERT JOSKERS.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EMILY A. BARNUM, Appellant, v. FAYETTE S. BARNUM, Respondent.— Judgment affirmed. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

FREDERICK W. WEHRUM, Respondent, v. CHARLES V. WEHRUM, Individually and as Executor, etc., and Others, Appellants, Impleaded with Others.— Judgment affirmed,'with costs, on opinion of Page, J., in *Wehrum v. Wehrum* (179 App. Div. 814). ' Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

HENRY H. JACKSON, Respondent, v. EDITH A. MOHRMANN and Others, Impleaded with JULIUS BLAUNER, as Trustee, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.   .

JULIUS BLAUNER, as Trustee in Bankruptcy of the Estate of NATHAN REISLER, a Bankrupt, Appellant, v. MAX SCHEIN and Others, Impleaded' with HENRY H. JACKSON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

JOHN A. BLAIR, Respondent, v. TURBO-ELECTRIC CONSTRUCTION COMPANY and Others, Impleaded with HOWARD R. BAYNE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith and Shearn, JJ.